# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151795

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ROSCOE RICO MARTIN,
       Defendant-Appellant.

SC: 151795
COA: 319400
Marquette CC: 12-050218-FH

_____/

On order of the Court, the application for leave to appeal the June 2, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Although the Court of Appeals in this case relied on *People v Herron*, 303 Mich App 392 (2013), which this Court overruled in *People v Lockridge*, 498 Mich 358 (2015), we are not persuaded that the defendant has established a threshold showing of plain error under *Lockridge* or that the questions presented should otherwise be reviewed by this Court. The application for leave to appeal is therefore DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

d1026